```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

In re:                          )
                                )
MICHAEL J. GARVIN,              )
                                )
          Appellant,            )
                                )
     v.                         )   No.  13 C 5077
                                )   USBC No. 13 B 8848
METROBANK, etc.,                )
                                )
          Appellee.             )

## MEMORANDUM ORDER

On August 20, 2013 this Court conducted its initial status hearing in this bankruptcy appeal and set the schedule for the parties' respective submissions: September 10, 2013 for appellant's memorandum in support of his appeal, October 1 for the appellee's response and October 8 for the ensuing status hearing (a procedure that this Court normally follows rather than establishing an automatic one-two-three briefing schedule, experience having taught that reply submissions are very often unnecessary).  Now September 10 has come and gone with nothing but total silence having intervened--neither appellant's required submission nor a request for further time to file that submission nor any other communication of any sort.  Such disobedience of a specific court order is hardly excusable, and consequently the appeal and this action are dismissed.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge
Date:  September 19, 2013